# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ANTHONY FRANCIS <br> MATRIX METROLOGY GROUP, INC. <br><br> V. <br><br> API TECHNICAL SERVICES, LLC and <br> RONALD HICKS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br> CASE NO. 4:13cv627 <br> Judge Clark/Judge Mazzant |

## ORDER

Before the Court is Plaintiffs' Amended Motion for Preliminary Injunction (Dkt. #16). It is hereby **ORDERED** that Defendants shall file a response to the motion no later than May 14, 2014.

It is further **ORDERED** that Plaintiffs' Amended Motion for Preliminary Injunction (Dkt. #16) is set for hearing on **Thursday, June 26, 2014,** at **2:00 p.m.** at the **U. S. Courthouse Annex, 200 N. Travis Street, Chase Bank Building, Mezzanine Level, Sherman, Texas 75090.**

SIGNED this 30th day of April, 2014.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE